IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) FILED UNDER SEAL |
| vs. | ) CASE NO. 15cr 30074 MJR |
| L.J.W. | ) Title 18 United States Code, Sections |
| Defendant. | ) 2, 924(c)(1)(A), 1951(a) and 5032 |

FILED
MAY 1 8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## JUVENILE DELINQUENCY INFORMATION

THE UNITED STATES ATTORNEY, CHARGES:

### COUNT 1

#### CONSPIRACY TO INTERFERE WITH COMMERCE BY ROBBERY

On or about June 17, 2010, in St. Clair County, within the Southern District of Illinois,

**L.J.W.**

defendant herein, did conspire, confederate, and agree with DEREK MARSHAL, TERRELL MCGEE, and JAMES SMITH to commit robbery, which robbery would obstruct, delay, and affect, and attempt to obstruct delay and affect, commerce and the movement of articles and commodities in such commerce, in that they agreed among each other to take United States currency belonging to Best Stop, a business engaged in the retail sale of food and other grocery items, in interstate commerce and an industry which affects interstate commerce, from an employee of Best Stop, in his presence and against his will by means of actual and threatened force, violence and fear of injury to his person, by brandishing a firearm.

In furtherance of the conspiracy and to effect the object of the conspiracy, L.J.W., DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH committed a number of overt

acts, including but not limited to: (1) L.J.W., DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH driving together to the Best Stop located in Cahokia, Illinois in a stolen Nissan Altima; (2) L.J.W., DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH agreeing between each other that L.J.W. would wait in the vehicle outside the Best Stop while DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH entered the Best Stop armed with three firearms to commit a robbery; (3) DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH entering the Best Stop with masks covering their faces and each armed with a firearm, (4) DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH pointing the firearms at a customer and an employee of the Best Stop and demanding money; (5) DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH taking United States currency from a register located within the Best Stop; (6) DEREK MARSHALL shooting a customer of the Best Stop while fleeing from the store; (7) DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH entering the vehicle being driven by L.J.W.; (8) and L.J.W., DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH fleeing from the scene, which would have been a crime in violation of Title 18, United States Code, Section 1951(a), if he had been an adult, all in violation of Title 18 U.S.C. Section 5032.

## COUNT 2
### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about June 17, 2010, in St. Clair County, within the Southern District of Illinois,

**L.J.W.**

defendant herein, while aiding and abetting DEREK MARSHALL, TERRELL MCGEE, and JAMES SMITH, did commit robbery, which robbery did obstruct, delay and affect commerce and the movement of articles and commodities in such commerce, in that:

(1) The defendant did take and obtain, and attempt to take and obtain, United States currency belonging to Best Stop, from an employee of Best Stop, in his presence and against his will by means of actual and threatened force, violence and fear of injury to his person, by brandishing a firearm.

(2) At all times material to this Information, Best Stop, located at 2001 Camp Jackson Road, Cahokia, Illinois, was engaged in the retail sale of food and other grocery items, in interstate commerce and an industry which affects interstate commerce, which would have been a crime in violation of Title 18, United States Code, Section 1951 and 2, if he had been an adult, all in violation of Title 18 U.S.C. Section 5032.

## COUNT 3
### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about June 17, 2010, in St. Clair County, within the Southern District of Illinois,

**L.J.W.**

defendant herein, did knowingly use, carry and brandish a firearm during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is: Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery as named and fully described in Counts 1 and 2, which would have been a crime in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2, if he had been an adult, all in violation of Title 18 U.S.C. Section 5032.

## COUNT 4
### CONSPIRACY TO INTERFERE WITH COMMERCE BY ROBBERY

On or about July 8, 2010, in St. Clair County, within the Southern District of Illinois,

**L.J.W.**

defendant herein, did conspire, confederate, and agree with DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and RESHON FARMER to commit robbery, which robbery would obstruct, delay, and affect, and attempt to obstruct delay and affect, commerce and the movement of articles and commodities in such commerce, in that they agreed among each other to take United States currency belonging to Mini-Mart gas station, a business engaged in the retail sale of gasoline, food and other grocery items, in interstate commerce and an industry which affects interstate commerce, from employees of Mini-Mart, in their presence and against their will by means of actual and threatened force, violence and fear of injury to their persons, by brandishing a firearm.

In furtherance of the conspiracy and to effect the object of the conspiracy, L.J.W., DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and RESHON FARMER committed a number of overt acts, including but not limited to: (1) L.J.W., DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and RESHON FARMER driving together to the Mini-Mart gas station located in Cahokia, Illinois in a stolen Dodge Caravan; (2) L.J.W., DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH and RESHON FARMER agreeing between each other that RESHON FARMER would wait in the vehicle outside the Mini-Mart while L.J.W., DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH entered the Mini-Mart armed with four firearms to commit a robbery; (3) L.J.W., DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH entering the Mini-Mart with masks covering their faces and each armed with a firearm, (4) L.J.W., DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH pointing the firearms at employees of the Mini-Mart and demanding money; (5) L.J.W., DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH taking United States currency, a cash register, and a .40 caliber Smith & Wesson handgun belonging to the Mini-

Mart; (6) L.J.W. shooting an employee of Mini-Mart during the commission of the robbery; (7) L.J.W., DEREK MARSHALL, TERRELL MCGEE and JAMES SMITH entering the vehicle being driven by RESHON FARMER; (8) and L.J.W., DEREK MARSHALL, TERRELL MCGEE, JAMES SMITH, and RESHON FARMER fleeing from the scene, which would have been a crime in violation of Title 18, United States Code, Section 1951(a), if he had been an adult, all in violation of Title 18 U.S.C. Section 5032.

## COUNT 5
### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about July 8, 2010, in St. Clair County, within the Southern District of Illinois,

**L.J.W.**

defendant herein, while aiding and abetting JAMES SMITH, DEREK MARSHAL, TERRELL MCGEE, and RESHON FARMER, did commit robbery, which robbery did obstruct, delay and affect commerce and the movement of articles and commodities in such commerce, in that:

(1) The defendant did take and obtain, and attempt to take and obtain, United States currency belonging to Mini-Mart, from employees of Mini-Mart, in their presence and against their will by means of actual and threatened force, violence and fear of injury to their persons, by brandishing and discharging a firearm.

(2) At all times material to this Information, Mini-Mart, located at 2636 Camp Jackson Road, Cahokia, Illinois, was engaged in the retail sale of gasoline, food, and other grocery items, in interstate commerce and an industry which affects interstate commerce, which would have been a crime in violation of Title 18, United States Code, Section 1951 and 2, if he had been an adult, all in violation of Title 18 U.S.C. Section 5032.

## COUNT 6

### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about July 8, 2010, in St. Clair County, within the Southern District of Illinois,

**L.J.W.,**

defendant herein, did knowingly use, carry, brandish and discharge a firearm during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is: Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery as named and fully described in Counts 4 and 5, which would have been a crime in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), if he had been an adult, all in violation of Title 18 U.S.C. Section 5032.


UNITED STATES OF AMERICA

STEPHEN R. WIGGINTON
United States Attorney


RECOMMENDED BOND:   Detention